**Dated: June 25, 2024**

**The following is ORDERED:**



Janice D. Loyd
U.S. Bankruptcy Judge

## United States Bankruptcy Court
### Western District of Oklahoma

| In re | **Dana Lea Duncan** | | Case No. | **19-14872-JDL** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **13** |

ORDER ON MOTION TO VACATE ORDER OF DISMISSAL OF CHAPTER 13 CASE

   ON THIS DAY there comes on for consideration before this Court the above described Motion filed by the Debtor to vacate the order dismissing her case for nonfeasibility. Counsel represents that the Motion was filed on May 31, 2024, no. 31 on the Docket, was served on all parties in interest pursuant to Local Bankruptcy Rule 9007 and that the last date for filing objections was on June 14, 2024, which has passed with no objection thereto being served or filed. Therefore, the Motion should be granted. IT IS THEREFORE ORDERED that the Motion to Vacate the Order of Dismissal is Granted. All statements and findings of fact are based upon representations of counsel for Debtor.

   It is so ordered.

###

Approved for Entry by:

/s/ Alexander Elias Hilton II
Alexander Elias Hilton II 147289CA
6440 Avondale Drive, Suite 201
Oklahoma City, OK 73116
T. 405-418-2116   F. 405-260-9711
bklawokc@gmail.com
Attorney For Debtor

/s/ David S. Burge
David S. Burge, OBA # 31505
321 Dean A. McGee Ave.
PO Box 1948
Oklahoma City, OK  73101-1948
13trustee@chp13okc.com
(405) 236-4843
(405) 236-1004 (fax)
Attorney For Trustee