## Notice Recipients

District/Off: 1087–5     User: admin     Date Created: 6/25/2024
Case: 19–14872     Form ID: pdf003     Total: 37

**Recipients of Notice of Electronic Filing:**
- ust    United States Trustee    Ustpregion20.oc.ecf@usdoj.gov
- tr    John T. Hardeman    13trustee@chp13okc.com
- aty    Alexander Elias Hilton, II    bklawokc@gmail.com
- aty    Daniel A Ross    dross@hillwallack.com
- aty    Elaine M. Dowling    DowlingLawOffice@aol.com
- aty    Matthew J. Hudspeth    mhudspeth@baertimberlake.com

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
- db    Dana Lea Duncan    7011 NW 60th Street    Bethany, OK 73008
- cr    Synchrony Bank    c/o PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541
- cr    RoundPoint Mortgage Servicing Corporation    Baer & Timberlake, P.C.    c/o Matthew J. Hudspeth    4200 Perimeter Center, Suite 100    Oklahoma City, OK 73112
- cr    Freedom Mortgage Corporation    10500 Kincaid Blvd    Fishers, IN 46037
- cr    PRA/Portfolio Recovery Associates, LLC    PO Box 41067    Norfolk, VA 23541
- smg    Oklahoma Tax Commission    Legal Division    120 N Robinson Suite 2000W    Oklahoma City, OK 73102–7801
- smg    Oklahoma Employment Security Commission    PO Box 53039    Oklahoma City, OK 73152–3039
- 6423076    Alliancehealth Deaconess Hospital    c/o PASI    P O Box 188    Brentwood, TN 37024
- 6402976    Baer & Timberlake    P. O. Box 18486    Oklahoma City OK 73154
- 6402977    Citi    P. O. Box 6500    Sioux Falls SD 57117
- 6402978    Deaconess    5501 N Portland Ave    Oklahoma City OK
- 6402979    Discover    P. O. Box 6103    Carol Stream IL 60197
- 6404585    Discover Bank    Discover Products Inc    PO Box 3025    New Albany, OH 43054–3025
- 6535265    Freedom Mortgage Corporation    10500 Kincaid Drive    Fishers IN 46037–9764
- 6402980    Hood & Stacy PA    216 N Main ST    Bentonville AR 72712
- 6402973    Internal Revenue Service    P. O. Box 21126    Philadelphia PA 19114
- 6402975    Internal Revenue Service    P. O. Box 21126    Philadelphia PA 19114
- 6402981    JP Morgan Chase    1930 Olney Avenue    Cherry Hill NJ 08003
- 6409822    JPMorgan Chase Bank, N.A.    s/b/m/t Chase Bank USA, N.A.    c/o Robertson, Anschutz & Schneid, P.L.    6409 Congress Avenue, Suite 100    Boca Raton, FL 33487
- 6412924    LVNV Funding, LLC    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603–0587
- 6402982    MRS BPO LLC    1930 Olney Avenue    Cherry Hill NJ 08003
- 6402974    Oklahoma Tax Commission    Bankruptcy Section General Counsel    100 N. Broadway Ave., Suite 1500    Oklahoma City OK 73102
- 6685515    PRA Receivables Management LLC    Portfolio Recovery Associates LLC    POB 41067    Norfolk VA 23541
- 6403261    PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541
- 6402983    Pasi Account Services    P. O. Box 188    Brentwood TN 37024
- 6402984    PayPal Synchrony Bank    P. O. Box 71202    Charlotte NC 28272–1202
- 6414127    RoundPoint Mortgage Servicing Corporation    446 Wrenplace Road    Fort Mill, SC 297151
- 6402985    Roundpoint    P. O. Box 19409    Charlotte NC 28219
- 6423754    Synchrony Bank    c/o PRA Receivables Management, LLC    PO Box 41021    Norfolk VA 23541
- 6402986    Tactile Medical    P. O. Box 9202 VB Box 127    Minneapolis MN 55480
- 6402987    Tinker Federal Credit Union    P. O. Box 45750    Tinker AFB OK 73145

TOTAL: 31